# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINN SINGLETON, | Case No. 1:26-cv-02096 JLT SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING ACTION |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, FRESNO COUNTY, | |
| Defendant. | |

Steven Quinn Singleton, who is proceeding *pro se*, commenced this action on March 16, 2026. (Doc. 1.) On March 18, 2026, the assigned magistrate judge found that Plaintiff had improperly removed this action to the Eastern District of California and recommended that the action be remanded. (Doc. 12.) The Court served the findings and recommendations on Plaintiff, warned him that any objections were due within 14 days, and advised that the "failure to file objections within the specified time may result in the waiver of right to challenge the magistrate's factual findings on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not object.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

///

Thus, the Court **ORDERS**:

1.    The findings and recommendations (Doc. 3) filed March 18, 2026, are **ADOPTED** in full.

2.    This matter is **REMANDED** to California Superior Court, Merced County.

3.    The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

Dated:    **April 9, 2026**

UNITED STATES DISTRICT JUDGE

2